UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LEIGH MEEKINS,

      Plaintiff,

v.                                              Case No. 6:17-cv-612-Orl-37TBS

CHARTER COMMUNICATIONS
HOLDINGS, LLC,

      Defendant.
_____

## ORDER

This cause is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a) (Doc. 30). Upon consideration, it is hereby **ORDERED and ADJUDGED** that:

(1)     This action is dismissed without prejudice.

(2)     The Clerk of the Court is **DIRECTED** to cancel the Hearing set for July 12, 2017, terminate all pending motions and deadlines, and close this case.

**DONE AND ORDERED** in Orlando, Florida, this 11th day of July, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record